| | |
|---|---|
| Sebastian L. Miller (SBN 265793)<br>sebastian@sebastianmillerlaw.com<br>SEBASTIAN MILLER LAW, P.C.<br>3785 Via Nona Marie, Suite 203-E<br>Carmel, CA 93923<br>Telephone: 408.348.1728<br>Facsimile: 408.716.3149<br><br>Attorneys for Plaintiff<br>SUSANA GUILLEN PAZ | FOLGER LEVIN LLP<br>Lisa McCabe van Krieken (CSB No. 121808, lvankrieken@folgerlevin.com)<br>Sherri M. Hansen (CSB No. 302903, shansen@folgerlevin.com)<br>199 Fremont Street, 20th Floor<br>San Francisco, CA  94105<br>Telephone: 415.625.1050<br>Facsimile: 415.625.1091<br><br>Attorneys for Defendants<br>Hyatt Corporation and<br>48123 CA Investors, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSANA GUILLEN PAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>48123 CA INVESTORS, LLC; and HYATT CORPORATION,<br><br>    Defendants. | Case No. 5:21-CV-08134-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff Susana Guillen Paz ("Plaintiff") and Defendants 48123 CA Investors, LLC and Hyatt Corporation (together, "Defendants") (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that the entire above-captioned action, including all causes of action, all claims for relief against asserted against any and all parties therein, be, and is hereby, dismissed with prejudice

with each party to bear its/her own respective attorneys' fees, costs and expenses of litigation in connection with this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 26, 2022                                    SEBASTIAN MILLER LAW, P.C.

                                        By:    */s/ Sebastian L. Miller*
                                               Sebastian L. Miller
                                               Attorneys for Plaintiff
                                               SUSANA GUILLEN PAZ

DATED: April 26, 2022                                    FOLGER LEVIN LLP

                                        By: */s/ Sherri M. Hansen*
                                            Sherri M. Hansen
                                            Attorney for Defendants Hyatt Corporation
                                            and 48123 CA Investors, LLC
                                            .

**ATTORNEY ATTESTATION**

I, Sebastian L. Miller, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

DATED: April 26, 2022                                    SEBASTIAN MILLER LAW, P.C.

                                               */s/ Sebastian L. Miller*
                                               Sebastian L. Miller
                                               Attorneys for Plaintiff
                                               SUSANA GUILLEN PAZ